# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Case No: 1:21-cv-562-STV

**DEBORAH LAUFER,**

Plaintiff,

v.

**HJJ, LLC.**,

Defendant(s).

___

## PLAINTIFF'S NOTICE OF SETTLEMENT
___

Plaintiff, by and through her undersigned counsel, hereby notifies the Court that this case has been settled.

The Parties request 20 days within which to submit the documentation formally concluding this case.

> s/ *Philip Michael Cullen, III*.
> **PHILIP MICHAEL CULLEN, III**
> **Attorney at law – Chartered**
> 621 South Federal Highway, Suite Four
> Fort Lauderdale, Florida 33301
> Telephone: (954) 462-0600
> Facsimile: (954) 462-1717
> CULLENIII@aol.com.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on January 11, 2022, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the attorneys of record.

/s/ *Philip Michael Cullen, III*.