UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case No: 1:21-cv-562-SJV

**DEBORAH LAUFER,**

   Plaintiff,

v.

**HJJ, LLC.,**

   Defendant,

_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL,
WITH PREJUDICE**

  Plaintiff, by and through her undersigned counsel, and pursuant to Rule 41(a)(1)(A)(i), *Fed.R.Civ.P*., and the terms of the Parties' settlement agreement, hereby voluntarily dismisses this case, with prejudice.

  **I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on January 19, 2022.

              */s/Philip Michael Cullen, III*
              Bar No: 167853
              **PHILIP MICHAEL CULLEN, III**
              **Attorney at Law – Chartered**
              621 South Federal Highway, Suite Four
              Fort Lauderdale, FL 33301
              ph. (954) 462-0600
              fax (954) 462-1717
              CULLENIII@aol.com